IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL HAINES | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  13-5599 |
| | : | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration | : : : | |

## ORDER

**AND NOW**, this 20th day of October, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 10), the defendant's response (Document No. 13), petitioner's rebuttal (Document No. 14), the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Document No. 16), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The decision of the Commissioner is **AFFIRMED**;

3. The Plaintiff's request for review is **DENIED**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.